DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Swift v. Richardson Sports Ltd. Partners<br><br>Case below:<br>173 N.C. App. 134 | No. 598P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-302-2)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Remand<br><br>4. Defs' Motion to Dismiss Plt's PDR | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06)<br><br>3. Denied (06/29/06)<br><br>4. Dismissed as Moot (06/29/06)<br><br>**Timmons-Goodsòn, J., Recused** |
| Walker v. Fleetwood Homes of N.C.<br><br>Case below:<br>176 N.C. App. 668 | No. 223A06 | 1. Def's NOA (Dissent) (COA04-1466)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Plts' PWC to Review Orders of the COA<br><br>4. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06)<br><br>4. Denied (06/29/06) |
| Whittaker v. Todd<br><br>Case below:<br>176 N.C. App. 185 | No. 163P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-361) | Denied (06/29/06) |
| Widenhouse v. Crumpler<br><br>Case below:<br>177 N.C. App. 150 | No. 247P06 | 1. Plt's Motion for Temporary Stay (COA05-805)<br><br>2. Plt's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied 05/12/06<br><br>2. Denied 05/12/06<br><br>3. Denied (06/29/06) |
| Wilcox v. Bankers Ins. Co.<br><br>Case below:<br>175 N.C. App. 596 | No. 233P06 | Plts' Petition for Writ of Certiorari to Review Decision of COA (COA05-436) | Denied (06/29/06) |
| Wright v. Smith<br><br>Case below:<br>177 N.C. App. 289 | No. 266P06 | Appellant's (Buncombe County DSS) PDR Under N.C.G.S. § 7A-31 (COA05-775) | Denied (06/29/06) |